IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re<br>SEAN GAETE,<br>   Debtor(s) | ) Chapter 7<br>)<br>) Case No. 23-10589-PGH<br>)<br>) BANKRUPTCY JUDGE<br>) PAUL G HYMAN |

REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Brandsmart - Last four digits of account: 8696 ), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541
    Telephone: (877)885-5919
    Facsimile: (757) 351-3257
    E-mail: Claims_RMSC@PRAGroup.com

Dated: Norfolk, Virginia
January 26, 2023

    By: /s/ Valerie Smith
    Valerie Smith
    c/o PRA Receivables Management, LLC
    Senior Manager
    PO Box 41021
    Norfolk, VA 23541
    (877)885-5919

Assignee Creditor: Brandsmart - Last four digits of account: 8696