

**ORDERED in the Southern District of Florida on January 26, 2023.**

*Paul Hyman signature*

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 23-10589-PGH |
| Sean Gaete, | Chapter 7 |
| Debtor. _____/ | |

### ORDER GRANTING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED (ECF NO. 3)

**THIS MATTER** came before the Court upon the above captioned debtor's (the "Debtor") *Application to Have the Chapter 7 Filing Fee Waived* (the "Application") (ECF No. 3). The Court, having considered the Application and the docket, hereby **ORDERS** that:

1. The Application is **GRANTED**.

2. This Order is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies Furnished To:

Sean Gaete
2150 Bay Dr (11)
Miami Beach, FL 33141

Jose Sabatier, Esq.

Ross R. Hartog, Trustee

AUST