United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 23-10589-PGH |
| Sean Gaete | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

**Recip ID**        **Recipient Name and Address**
db        +   Sean Gaete, 2150 Bay Dr (11), Miami Beach, FL 33141-3463

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

**Name**        **Email Address**

Jose Sabatier
    on behalf of Debtor Sean Gaete jsabatier@legalservicesmiami.org

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Ross R Hartog
    rhartog@mrthlaw.com  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

TOTAL: 3



**ORDERED in the Southern District of Florida on January 26, 2023.**

*Paul G. Hyman, Jr., Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                              Case No.: 23-10589-PGH

Sean Gaete,
                                                            Chapter 7
        Debtor.
_____/

**ORDER GRANTING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED (ECF NO. 3)**

**THIS MATTER** came before the Court upon the above captioned debtor's (the "Debtor") *Application to Have the Chapter 7 Filing Fee Waived* (the "Application") (ECF No. 3). The Court, having considered the Application and the docket, hereby **ORDERS** that:

1. The Application is **GRANTED**.

2. This Order is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies Furnished To:

Sean Gaete
2150 Bay Dr (11)
Miami Beach, FL 33141

Jose Sabatier, Esq.

Ross R. Hartog, Trustee

AUST