

**ORDERED in the Southern District of Florida on March 6, 2023.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No.  23-10589-BKC-PGH
                                                Chapter 7
Sean Gaete,


      Debtor(s)
_____/

### ORDER APPROVING REAFFIRMATION AGREEMENT
### WITH CAPITAL ONE AUTO FINANCE

**THIS CAUSE** came before the Court upon the Reaffirmation Agreement between the Debtor and Capital One Auto Finance (ECF No. 18). Debtor(s) counsel signed the Reaffirmation Agreement, which indicates a presumption of hardship. Pursuant to Local Rule 4008-1(C), the Court has reviewed the Reaffirmation Agreement and finds that the Debtor provided a

sufficient explanation as to how the Debtor will be able to pay the reaffirmed debt. Therefore, it is **ORDERED** that the Debtor's Reaffirmation Agreement with Capital One Auto Finance is **APPROVED**.

###

Copies Furnished to:

Sean Gaete
2150 Bay Dr (11)
Miami Beach, FL 33141

Jose Sabatier, Esq

Ross Hartog, Trustee

AUST