United States Bankruptcy Court

Southern District of Florida

In re:  
Sean Gaete  
    Debtor

Case No. 23-10589-PGH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: admin      Page 1 of 3  
Date Rcvd: Mar 06, 2023      Form ID: CGFD65      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Gaete, 2150 Bay Dr (11), Miami Beach, FL 33141-3463 |
| 96826074 | + | Capital One Bank USA, 1315 Westbrook Plaza Drive, Winston Salem, NC 27103-1357 |
| 96826075 | + | Credit Corp Solutions, Inc., 806 Douglas Road, Suite 200, Miami, FL 33134-2082 |
| 96826076 | + | Deutsche Bank National Trust Company, PO Box 23028, Tampa, FL 33623-2028 |
| 96826077 | + | Federal National Mortgage Association, 100 West Cypress Creek Road, Trade Centre South, Suite 700, Fort Lauderdale, FL 33309-2195 |
| 96826079 | + | James Narcisso, 7695 SW 104 Street, Miami, FL 33156-3159 |
| 96826082 | | Nationstar DBA Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 96826086 | + | North Bay Villas Condo Association, Inc, 2900 N University Dr Ste 78, Pompano Beach, FL 33065-5083 |
| 96826090 | + | Seterus, Inc, 8501 IBM DR, BLDG 201, 2DD188, Charlotte, NC 28262-4333 |
| 96826096 | + | Wells Fargo Bank, N.A., PO Box 2248, Jacksonville, FL 32203-2248 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 06 2023 22:37:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2023 22:45:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2023 22:45:38 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 06 2023 22:45:38 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96826069 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 06 2023 22:38:00 | American Honda Finance, 1220 Old Alpharetta RD Suite 350, Alpharetta, GA 30005 |
| 96826070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2023 22:45:37 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96826073 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 06 2023 22:45:51 | Capital One Auto Finance, PO BOX 259407, Plano, TX 75025-9407 |
| 96826072 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 06 2023 22:45:38 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 96826078 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 06 2023 22:46:00 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 96826080 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2023 22:45:51 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 96826081 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 06 2023 22:45:38 | Merrick Bank, 10705 South Jordan Gateway, Ste 200, South Jordan, UT 84095-3977 |
| 96826083 | | Email/Text: electronicbkydocs@nelnet.net | Mar 06 2023 22:38:00 | Nelnet Loan Services, 3015 S. Parker Road, Suite 425, Aurora, CO 80014-2904 |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2023 | Form ID: CGFD65 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 96826087 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2023 22:45:51 | Portfolio Recovery Associates, 120 Corporate BLVD, STE 100, Norfolk, VA 23502 |
| 96826091 | + | Email/Text: bankruptcy@wofco.com | Mar 06 2023 22:37:00 | SETF/WOFC, P.O. Box 991817, Mobile, AL 36691-8817 |
| 96826093 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 06 2023 22:45:49 | SYNCB/ Brandsmart, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 96826088 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 06 2023 22:38:00 | Santander Consumer USA, 8585 N. Stemmons FWY, Ste 1100-N, Dallas, TX 75247-3822 |
| 96826089 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2023 22:45:40 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 96826092 | + | Email/Text: bankruptcynotices@sba.gov | Mar 06 2023 22:37:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 96826094 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 06 2023 22:45:59 | Synchrony Networks, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 96826095 | | Email/Text: bankruptcy@unifund.com | Mar 06 2023 22:37:00 | Unifund CCR Partners, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96826071 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96826084 | * | Nelnet Loan Services, 3015 S. Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 96826085 | * | Nelnet Loan Services, 3015 S. Parker Road, Suite 425, Aurora, CO 80014-2904 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jose Sabatier | on behalf of Debtor Sean Gaete jsabatier@legalservicesmiami.org |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Ross R Hartog | rhartog@mrthlaw.com  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com |

District/off: 113C-1 User: admin Page 3 of 3
Date Rcvd: Mar 06, 2023 Form ID: CGFD65 Total Noticed: 30
TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on March 6, 2023**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23–10589–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Sean Gaete
2150 Bay Dr (11)
Miami Beach, FL 33141

SSN: xxx–xx–4059

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

    The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*###*

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*