United States Bankruptcy Court
Southern District of Florida

| In re: | Case No. 23-10589-PGH |
|---|---|
| Sean Gaete | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 07, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Gaete, 2150 Bay Dr (11), Miami Beach, FL 33141-3463 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 09, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jose Sabatier | on behalf of Debtor Sean Gaete jsabatier@legalservicesmiami.org |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Ross R Hartog | rhartog@mrthlaw.com  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com |

TOTAL: 3



**ORDERED in the Southern District of Florida on March 6, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  23-10589-BKC-PGH |
|  | Chapter 7 |
| Sean Gaete, | |
| **Debtor(s)** | |
| _____/ | |

### ORDER APPROVING REAFFIRMATION AGREEMENT
### WITH CAPITAL ONE AUTO FINANCE

**THIS CAUSE** came before the Court upon the Reaffirmation Agreement between the Debtor and Capital One Auto Finance (ECF No. 18). Debtor(s) counsel signed the Reaffirmation Agreement, which indicates a presumption of hardship. Pursuant to Local Rule 4008-1(C), the Court has reviewed the Reaffirmation Agreement and finds that the Debtor provided a

sufficient explanation as to how the Debtor will be able to pay the reaffirmed debt. Therefore, it is **ORDERED** that the Debtor's Reaffirmation Agreement with Capital One Auto Finance is **APPROVED**.

###

Copies Furnished to:

Sean Gaete
2150 Bay Dr (11)
Miami Beach, FL 33141

Jose Sabatier, Esq

Ross Hartog, Trustee

AUST