UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

SEAN GAETE,

                     Debtor./

CASE NO.: 23-10589-PGH

Chapter 7

### TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS

Ross R. Hartog, the Chapter 7 Trustee ("Trustee"), moves (the "Motion") for an entry of an Order, extending the Trustee's deadlines to object to the Debtor's claimed exemptions. In support of the Motion, the Trustee states as follows:

#### Background

1. On January 25, 2023 (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code. Thereafter, Ross R. Hartog was duly appointed as Chapter 7 Trustee.

2. The Section 341 Meeting of Creditors was conducted and concluded on February 28, 2023.

3. The present deadline to object to the Debtor's claimed exemptions is March 30, 2023.

4. The Trustee has requested additional documents from the Debtor and is awaiting receipt of same.

5. Pending the receipt and review of same, the Trustee is requesting that the exemption deadline be extended up through and including May 1, 2023.

6. The Trustee has attempted to contact counsel for Debtor to obtain consent to Motion, but to date has not received a response.

7. This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order (a) granting the Motion; (b) extending the deadline for the Trustee to objection the Debtor's claimed exemptions up to and including May 1, 2023; and (c) for such other relief as the Court may deem equitable and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served via email on March 30, 2023, by the Court's BNC.

Dated: March 30, 2023          /s/ **Ross R. Hartog**
                               ROSS R. HARTOG, CHAPTER 7 TRUSTEE
                               P.O. Box 14306
                               Fort Lauderdale, FL 33302
                               Telephone: (954) 767-0030