**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 23-10589-PGH** |
| **SEAN GAETE,** | **Chapter 7** |
| **Debtor./** | |

**CERTIFICATE OF SERVICE AND**
**COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I HEREBY CERTIFY that a true copy of the *Notice of Hearing* [ECF 28] to consider the Trustee's *Motion to Extend Time to Object to Claimed Exemptions* [ECF 27], were served on March 30, 2023, via (1) email through the Court's BNC; (2) U.S. Regular Mail to (i) **Jose Sabatier**, 4343 W Flagler Street #100, Miami, FL 33134; and (ii) **Sean Gaete**, 2150 Bay Dr (11), Miami Beach, FL 33141.

        **ROSS R. HARTOG, CHAPTER 7 TRUSTEE**
        P.O. Box 14306
        Fort Lauderdale, FL 33302
        Tel: (954) 767-0030
        Fax: (305) 670-5011

        By:    /s/ Ross R. Hartog
              ROSS R. HARTOG
              E-mail: trustee@mrthlaw.com