

**ORDERED in the Southern District of Florida on March 31, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 23-10589-PGH |
| SEAN GAETE, | Chapter 7 |
| Debtor./ | |

**AGREED ORDER GRANTING TRUSTEE'S MOTION FOR**
**EXTENSION OF TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS CAUSE came before the Court upon the "*Trustee's Motion for Extension of Time to Object to Debtor's Claimed Exemptions*" (the "Motion") [ECF 27]. The Court having reviewed the Motion, having noted the agreement of the Parties, and based on the record finds good cause to grant the Motion. Accordingly, it is:

**ORDERED as follows:**

1. The Motion is **GRANTED**.

2. The Trustee shall have up through and including **May 1, 2023** in which to file an objection to the Debtor's claimed exemptions.

      3.      This Order is without prejudice to further requests for extension upon good cause being shown by the Trustee.

# # #

Respectfully Submitted by:

Ross R. Hartog, Chapter 7 Trustee
P.O. Box 14306
Fort Lauderdale, FL 33302
Telephone: (954) 767-0030
E-mail: trustee@mrthlaw.com

The Trustee shall serve a copy of this Order
upon all interested parties and file a Certificate of Service