**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 23-10589-PGH** |
| **SEAN GAETE,** | **Chapter 7** |
| **Debtor./** | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the *Agreed Order Granting Motion for Extension of Time to Object to Debtor's Claimed Exemptions* (ECF 30) was served on April 3, 2023, via e-mail through the Court's BNC, upon all interested parties and appearances.

Dated: April 3, 2023            /s/ Ross R. Hartog
                                                ROSS R. HARTOG, CHAPTER 7 TRUSTEE
                                                P.O. Box 14306
                                                Fort Lauderdale, FL 33302
                                                Tel: (954) 767-0030