Certificate Number: 03621-FLS-DE-037307392

Bankruptcy Case Number: 23-10589



03621-FLS-DE-037307392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2023, at 6:19 o'clock PM EDT, Sean Gaete completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: March 30, 2023

By: /s/Frances Palenzuela

Name: Frances Palenzuela

Title: Credit Counselor