**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 23-10589-PGH |
| SEAN GAETE, | Chapter 7 |
| Debtor./ | |

**AGREED *EX-PARTE* MOTION FOR EXTENSION OF TIME**
**TO FILE A COMPLAINT OBJECTING TO DEBTOR'S**
**DISCHARGE AND OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

Ross R. Hartog, the chapter 7 trustee (the "Trustee") for the estate of Sean Gaete (the "Debtor"), through undersigned counsel, moves, on an *ex-parte* basis, pursuant to Federal Rules of Bankruptcy Procedure 4003 and 4004, and Local Rule 9013-1(C)(1), for the entry of an order extending the Trustee's and United State Trustee's deadline to file a complaint objecting to debtor's discharge and Trustee's objection to Debtor's claimed exemptions. In support of this motion (the "Motion"), the Trustee states:

1. The Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on January 25, 2023.

2. The Trustee conducted the Section 341 Meeting of Creditors on February 28, 2023.

3. The current deadline to file a complaint objecting to Debtor's discharge is May 1, 2023.

4. The current deadline to file an objection to the Debtor's claimed exemptions is May 1, 2023.

5. Undersigned counsel has recently been retained in this case and has requested additional documents from the Debtor. Accordingly, the Trustee requires additional time to

receive and review the requested documents and to determine whether there is a need to object to the Debtor's exemptions and/or discharge.

6. Counsel requests an extension of time for the Trustee and the United States Trustee to object to the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code through and including June 30, 2023, as well as the Trustee's deadline to object to the Debtor's claim of exemptions through and including June 30, 2023.

7. The Debtor consents to the extension of time requested herein.

8. Undersigned certifies that the Motion is brought in good faith and not for purposes of delay.

WHEREFORE, the Trustee respectfully requests entry of an order (a) granting the Motion; (b) extending the deadline for the Trustee and the United States Trustee to file a complaint objecting to Debtor's discharge through and including **June 30, 2023**; (c) extending the deadline for the Trustee to object to the Debtor's claimed exemptions through and including **June 30, 2023**; (d) and granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *foregoing* was served on all counsel of record or *pro se* parties on the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on April 24, 2023.

Dated: April 24, 2023.

Respectfully Submitted,
Markowitz Ringel Trusty & Hartog, P.A.
*Proposed Counsel to Chapter 7 Trustee*
101 NE Third Ave., Suite 1210
Fort Lauderdale, FL 33301
Tel. (954) 767-0030   Fax. (954) 767-0035

By: /s/ *John H. Lee*
John H. Lee, Esq.
Florida Bar No. 91795
jlee@mrthlaw.com

*In re: Sean Gaete*
Case No.: 23-10589-PGH

## Service List

**23-10589-PGH Notice will be electronically mailed to:**

Ross R Hartog
rhartog@mrthlaw.com,
FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jose Sabatier on behalf of Debtor Sean Gaete
jsabatier@legalservicesmiami.org