

**ORDERED in the Southern District of Florida on April 27, 2023.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | Case No.: 23-10589-PGH |
|---|---|
| SEAN GAETE, | Chapter 7 |
| Debtor./ | |

**AGREED ORDER GRANTING AGREED EX PARTE MOTION FOR**
**EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO**
**DEBTOR'S DISCHARGE AND TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS MATTER, having come before the Court upon Trustee's *Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and Object to Debtor's Claimed Exemptions* (the "Motion") [ECF No. 33]. The Court, having reviewed the Motion and the record herein and having been advised that the parties are in agreement, finds cause to grant the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED.**

2. The Trustee and the United States Trustee shall have up to and including **June 30, 2023** to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727**.**

3. The Trustee shall have up to and including **June 30, 2023** to object to the Debtor's claimed exemptions.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Proposed Counsel to Chapter 7 Trustee*
101 NE Third Ave., Suite 1210
Fort Lauderdale, FL 33301
Tel: (954) 767-0030

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*