IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re

SEAN GAETE

Debtors.

In Chapter 7 Proceeding
Case No. 23-10589

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 1/26/2023 Docket Number 9.

Dated: This 7th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

      I hereby certify that a copy of the foregoing was served electronically to the following parties:

JOSE SABATIER
Attorney

ROSS R HARTOG
Chapter 7    Trustee

Dated:  This 7th day of July, 2023

                                            By:   /s/Valerie Smith

                                                    Valerie Smith
                                                    PRA Receivables Management, LLC
                                                    PO Box 41021
                                                    Norfolk, VA 23541
                                                    TEL: (877) 885-5919
                                                    FAX: (757) 351-3257