United States Bankruptcy Court
Southern District of Florida

In re:  
Sean Gaete  
    Debtor

Case No. 23-10589-CLC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: admin     Page 1 of 3  
Date Rcvd: Jul 06, 2023     Form ID: 318     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Gaete, 2150 Bay Dr (11), Miami Beach, FL 33141-3463 |
| 96826074 | + | Capital One Bank USA, 1315 Westbrook Plaza Drive, Winston Salem, NC 27103-1357 |
| 96826075 | + | Credit Corp Solutions, Inc., 806 Douglas Road, Suite 200, Miami, FL 33134-2082 |
| 96826076 | + | Deutsche Bank National Trust Company, PO Box 23028, Tampa, FL 33623-2028 |
| 96826077 | + | Federal National Mortgage Association, 100 West Cypress Creek Road, Trade Centre South, Suite 700, Fort Lauderdale, FL 33309-2195 |
| 96826079 | + | James Narcisso, 7695 SW 104 Street, Miami, FL 33156-3159 |
| 96826082 | | Nationstar DBA Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 96826086 | + | North Bay Villas Condo Association, Inc, 2900 N University Dr Ste 78, Pompano Beach, FL 33065-5083 |
| 96826090 | + | Seterus, Inc, 8501 IBM DR, BLDG 201, 2DD188, Charlotte, NC 28262-4333 |
| 96826096 | + | Wells Fargo Bank, N.A., PO Box 2248, Jacksonville, FL 32203-2248 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FRRHARTOG.COM | Jul 07 2023 03:05:00 | Ross R Hartog, P.O. Box 14306, Fort Lauderdale, FL 33302-4306 |
| smg | | EDI: FLDEPREV.COM | Jul 07 2023 03:05:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jul 06 2023 23:11:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: AISACG.COM | Jul 07 2023 03:05:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 07 2023 03:05:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Jul 07 2023 03:05:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96826069 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 06 2023 23:12:00 | American Honda Finance, 1220 Old Alpharetta RD Suite 350, Alpharetta, GA 30005 |
| 96826070 | + | EDI: CAPITALONE.COM | Jul 07 2023 03:05:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96826073 | + | EDI: CAPONEAUTO.COM | Jul 07 2023 03:05:00 | Capital One Auto Finance, PO BOX 259407, Plano, TX 75025-9407 |
| 96826072 | + | EDI: CAPONEAUTO.COM | Jul 07 2023 03:05:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 96826078 | | EDI: AMINFOFP.COM | Jul 07 2023 03:05:00 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 96826080 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 23:26:53 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 96826081 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2023 23:27:30 | Merrick Bank, 10705 South Jordan Gateway, Ste 200, South Jordan, UT 84095-3977 |
| 96826083 | | Email/Text: electronicbkydocs@nelnet.net | Jul 06 2023 23:12:00 | Nelnet Loan Services, 3015 S. Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 96826087 | | EDI: PRA.COM | Jul 07 2023 03:05:00 | Portfolio Recovery Associates, 120 Corporate BLVD, STE 100, Norfolk, VA 23502 |
| 96826091 | + | Email/Text: bankruptcy@wofco.com | Jul 06 2023 23:11:00 | SETF/WOFC, P.O. Box 991817, Mobile, AL 36691-8817 |
| 96826093 | + | EDI: RMSC.COM | Jul 07 2023 03:05:00 | SYNCB/ Brandsmart, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 96826088 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2023 23:12:00 | Santander Consumer USA, 8585 N. Stemmons FWY, Ste 1100-N, Dallas, TX 75247-3822 |
| 96826089 | + | EDI: CITICORP.COM | Jul 07 2023 03:05:00 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 96826092 | + | Email/Text: bankruptcynotices@sba.gov | Jul 06 2023 23:11:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 96826094 | + | EDI: RMSC.COM | Jul 07 2023 03:05:00 | Synchrony Networks, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 96826095 | | Email/Text: bankruptcy@unifund.com | Jul 06 2023 23:11:00 | Unifund CCR Partners, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96826071 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96826084 | * | Nelnet Loan Services, 3015 S. Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 96826085 | * | Nelnet Loan Services, 3015 S. Parker Road, Suite 425, Aurora, CO 80014-2904 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2023                               Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John H Lee | on behalf of Trustee Ross R Hartog jlee@mrthlaw.com ecfnotices@mrthlaw.com,mrthbkc@gmail.com,ycandia@mrthlaw.com,lgener@mrthlaw.com;gruiz@mrthlaw.com;markowitzjr73991@notify.bestcase.com,jlee@ecf.courtdrive.com |

| District/off: 113C-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 318 | Total Noticed: 32 |

Jose Sabatier
    on behalf of Debtor Sean Gaete jsabatier@legalservicesmiami.org

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Ross R Hartog
    rhartog@mrthlaw.com  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sean Gaete** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4059 <br> EIN    __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____ <br> EIN    __–_____ |
| United States Bankruptcy Court | Southern District of Florida | |
| Case number: | 23-10589-CLC | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sean Gaete**

July 6, 2023

**By the court:**    *Corali Lopez-Castro*
**Corali Lopez–Castro**
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Form 318 (03/03/21)                                                                                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**