**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on September 8, 2023

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23–10589–CLC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Sean Gaete
2150 Bay Dr (11)
Miami Beach, FL 33141

SSN: xxx–xx–4059

# FINAL DECREE

The trustee, Ross R Hartog, having filed a final report that the estate has been fully administered, is discharged and the case is closed.